# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

KENNETH HEYDER

FILED by D.C.
JUN 2 0 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## WARRANT FOR ARREST

CASE NUMBER:

**00-6168**

**CR-FERGUSON**

TO: **The United States Marshal and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest __KENNETH HEYDER__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n) MAGISTRATE JUDGE SNOW

X Indictment | Information | Complaint | Order of court | Violation Notice | Probation Violation Petition

charging him or her with (brief description of offense) **CONSPIRACY, BANK FRAUD, FALSE LOAN STATEMENTS AND FALSE STATEMENTS TO HUD**

in violation of Title __18__ United States Code, Section(s) __371, 1344, 1014, 1010 AND 2__

Clarence Maddox
Name of Issuing Officer

Court Administrator/Clerk of the Court
Title of Issuing Officer

Signature of Issuing Officer

Date and Location

Lurana S. Snow

Bail fixed at $ 100,000 personal surety by **UNITED STATES MAGISTRATE JUDGE**
Name of Judicial Officer

Defendant not to be incarcerated overnight

## RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest