COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: _KENNETH HEYDER    (surr)_        CASE NO:___00-6168-CR-FERGUSON___

AUSA: _LYNN ROSENTHAL_ _____        ATTY: _Bob Josefsberg_ (plem)

AGENT:_____        VIOL:_____

PROCEEDING _I/A ON INDICTMENT_____        RECOMMENDED BOND_100,000 PSB__

BOND HEARING HELD - yes/no         COUNSEL APPOINTED_____

_____ BOND SET @ _100,000 PSB_

_____ SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person

3) Travel extended to: _Hunsville (No Notice required)_ _____

_trips to Bimini need 24 hours notice to PTS_

_Advised of Charges_

**Reading of Indictment Waived**
Not Guilty plea entered
Jury trial demanded
Standing _____

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:_____

_____    PTD/BOND HRG:_____

_____    PRELIM/ARRAIGN:_____

_____    REMOVAL HRG:_____

_____    STATUS CONF: _7-21    11    LSS_

Date: 6/22/00    Time 11:00    FTL/LSS
                 TAPE #00- _03_    Begin: _569_    End: _2505_

FILED by ___ D.C.
JUN 2 _ 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.