REC'D by _____ D.C.
DKTG

**JUN 2 7 1999**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

FILED by _____ D.C.

**JUN 2 2 2000**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-FERGUSON

UNITED STATES OF AMERICA

vs

KENNETH HEYDER

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JUNE 22, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:           Address:  ON BOND FORM _____

                     _____

                     Telephone:_____

DEFENSE COUNSEL:     Name:    BOB JOSEFSBERG, ESQ._____

                     Address:_____

                     _____

                     Telephone:_____

BOND SET:            $    100,000 PERSONAL SURETY_____

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this  22ND  day of   JUNE           ,2000.

                                    CLARENCE MADDOX
                                    COURT ADMINISTRATOR/CLERK OF COURT

                                    By: _____
                                              Deputy Clerk

                                    Tape No.____00-031_____

cc: Copy for Judge
    U. S. Attorney

