## United States District Court

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____  484769

UNITED STATES OF AMERICA

V.

KENNETH HEYDER

**WARRANT FOR ARREST**

**CASE NUMBER:**

# 00-6168

**CR-FERGUSON**

TO:  **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest __KENNETH HEYDER__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n) MAGISTRATE JUDGE SNOW

|X| Indictment  | | Information  | | Complaint  | | Order of court  | | Violation Notice  | | Probation Violation Petition

charging him or her with (brief description of offense) CONSPIRACY, BANK FRAUD, FALSE LOAN STATEMENTS AND FALSE STATEMENTS TO HUD

in violation of Title __18__ United States Code, Section(s) __371,1344,1014,1010 AND 2__

**Clarence Maddox**
Name of Issuing Officer

**Court Administrator/Clerk of the Court**
Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

Date and Location

*[signature]* Lurana S. Snow

Bail fixed at $ _100,000 personal surety_ by **UNITED STATES MAGISTRATE JUDGE**
Name of Judicial Officer

Defendant not to be incarcerated overnight

---

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at

Ft. Lauderdale, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6/20/00 | James A. Tassone, US Marshal | *[signature]* |
| DATE OF ARREST | | |
| 6/22/00 | FOR: FBI | Fred Depompa, SDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest

