UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-FERGUSON

Magistrate Judge Snow

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARK COHEN,

    Defendant.

_____/

### ADOPTION OF MOTIONS

COMES NOW one of the Defendants, KENNETH HEYDER, and adopts:

1. All Motions filed by David J. Joffe on behalf of Co-Defendant, Paul Robin Saltz (excepting Co-Defendants's Motion for Permission to Travel).

2. All other applicable motions filed and/or to be filed by counsel for other co-defendants.

WE HEREBY CERTIFY that a copy of the foregoing was mailed on July 20, 2000 to all parties on the attached service list.

Respectfully submitted,

PODHURST, ORSECK, JOSEFSBERG,
EATON, MEADOW, OLIN & PERWIN, P.A.
25 West Flagler Street, Suite 800
Miami, Florida 33130
(305) 358-2800 / Fax (305) 358-2382
info@podhurst.com

By: _____
    Robert C. Josefsberg

**SERVICE LIST**

LYNN ROSENTHAL, ESQ.
Assistant United States Attorney
500 East Broward Boulevard
Seventh Floor
Fort Lauderdale, Florida 33301

LIZA LLANOS
Pretrial Services Offices
U.S. Pretrial Services
299 East Broward Boulevard
Room 301
Fort Lauderdale, Florida 33301

THEODORE KLEIN, ESQ.
800 Brickell Avenue
Penthouse 2
Miami, Florida 33131

TED CRESPI, ESQ.
1776 North Pine Island Road
Suite 218
Plantation, Florida 33322

JOHN HOWES, ESQ.
633 S.E. Third Avenue
Suite 4-F
Fort Lauderdale, Florida 33301

DAVID J. JOFFE, ESQ.
2900 Bridgeport Avenue
Sujite 401
Coconut Grove, Florida 33133