UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-FERGUSON

Magistrate Judge Snow

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KENNETH HEYDER,

    Defendant.

_____/

### MOTION FOR PERMISSION TO ADOPT AMENDED
### MOTIONS FILED BY CO-DEFENDANT

COMES NOW the Defendant, KENNETH HEYDER, by and through his undersigned counsel and in compliance with this Court's rules and procedures, moves to adopt the following motions filed by Co-Defendant, PAUL ROBIN SALTZ:

**MOTION FOR PROMPT AND EARLY DISCLOSURE OF RULE 404(b) EVIDENCE WITH INCORPORATED MEMORANDUM OF LAW**

**MOTION FOR ADDITIONAL PEREMPTORY CHALLENGES**

**DEFENDANT'S MOTION TO INTERVIEW PROSPECTIVE WITNESSES AND INCORPORATED MEMORANDUM OF LAW**

**MOTION FOR ATTORNEY-CONDUCTED VOIR DIRE**

**DEFENDANT'S QUESTIONS FOR COURT'S GENERAL VOIR DIRE OF THE JURY**

**DEFENDANT'S MOTION FOR SPECIFIC NOTICE OF 404(b) EVIDENCE**



CASE NO.

**DEFENDANT'S MOTION FOR SPECIFIC BRADY MATERIAL AND INCORPORATED MEMORANDUM OF LAW**

WE HEREBY CERTIFY that a copy of the foregoing was mailed on August /, 2000 to all parties on the attached service list.

Respectfully submitted,

PODHURST, ORSECK, JOSEFSBERG,
EATON, MEADOW, OLIN & PERWIN, P.A.
25 West Flagler Street, Suite 800
Miami, Florida 33130
(305) 358-2800 / Fax (305) 358-2382
info@podhurst.com

By: _____
Robert C. Josefsberg
Fla. Bar No. 040856

-2-

cr-06168-DTKH    Document 86    Entered on FLSD Docket 08/04/2000

**SERVICE LIST**

LYNN ROSENTHAL, ESQ.
Assistant United States Attorney
500 East Broward Boulevard
Seventh Floor
Fort Lauderdale, Florida 33301

LIZA LLANOS
Pretrial Services Offices
U.S. Pretrial Services
299 East Broward Boulevard
Room 301
Fort Lauderdale, Florida 33301

THEODORE KLEIN, ESQ.
800 Brickell Avenue
Penthouse 2
Miami, Florida 33131

TED CRESPI, ESQ.
1776 North Pine Island Road
Suite 218
Plantation, Florida 33322

JOHN HOWES, ESQ.
633 S.E. Third Avenue
Suite 4-F
Fort Lauderdale, Florida 33301

DAVID J. JOFFE, ESQ.
2900 Bridgeport Avenue
Sujite 401
Coconut Grove, Florida 33133