UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00 6168 CR FERGUSON

UNITED STATES OF AMERICA,        :

       Plaintiff,        :

v.        :

MARK COHEN, et al.,        :

       Defendants.        :

FILED by _____ D.C.

AUG 2 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## O R D E R

THIS CAUSE is before the Court on defendant **Kenneth Heyder's** Motion for Permission to Adopt Amended Motions Filed by Co-Defendant Paul Saltz (DE 86), which was referred to United States Magistrate Judge, Lurana S. Snow.  Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED.

DONE AND ORDERED at Fort Lauderdale, Florida, this 25 day of August, 2000.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Lynn Rosenthal (FTL)
Ted Crespi, Esq.
Donald Bierman, Esq.
Robert Josefsberg, Esq.
John Howes, Esq.
Gary Kollin, Esq.

