UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-FERGUSON

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MARK COHEN
ERIC SILVERMAN
BRUCE HOLLANDER
KENNETH HEYDER
JEAN LINDOR
JEAN DUFRALESSI f/k/a JEAN DUFRESNE and
PAUL SALTZ,

Defendants.
_____/



### OPPOSITION TO MOTION TO CONTINUE

COMES NOW one of the Defendants, KENNETH HEYDER and files this Opposition to the Government's Motion to Continue on the following grounds:

1. This indictment was returned in June of 2000 and was originally noticed for trial on July 31, 2000.

2. All parties agreed that the July 31, 2000 trial date was not realistic and the Court agreed to try these cases during the 2-week period commencing September 11, 2000.

3. For approximately two months since this trial was rescheduled for September 11, 2000, all parties have been preparing for that trial date, and no one, including the Government, has said anything about requesting a continuance.

CASE NO.00-6168-FERGUSON

4. The Government, in its Motion, states:

> "On August 25, 2000, the undersigned received notice that she received a one-year detail to the Sentencing Commission. That detail is set to begin September 5, 2000."

Although the undersigned is not familiar with the governmental process involved, it is obvious that the AUSA was not <u>first</u> advised on August 25, 2000 that she was being transferred and could not participate in this trial. The U.S. Attorney's Office (and the Sentencing Commission) have been aware of the <u>possibility</u> of this appointment, and the <u>necessity</u> of assigning a back up AUSA, for at least 30 days.

5. The lateness of this response/opposition to the Government's Motion to Continue is because:

> (A) Contrary to local rules, the Government did not, and has not as of 3:00 p.m. on September 1, 2000, called opposing counsel to determine whether they object and/or agree to the Government's Motion; and
>
> (B) The Government did not fax, but instead chose to mail, copies of their Motion on August 29, 2000. The Motion was not received by the undersigned until the late afternoon of Thursday, August 31, 2000 – one working day prior to the Calendar Call.

-2-

CASE NO.00-6168-FERGUSON

6. It is anticipated that the Government's Motion will be presented to this Court at the time of the Calendar Call on September 5, 2000, at which time defense counsel will elaborate on this opposition.

WHEREFORE, the Defendant, KENNETH HEYDER requests that this case proceed, as scheduled, on September 13th, or at most, the Government receive a continuance until Monday, September 18, 2000.

WE HEREBY CERTIFY that a copy of the foregoing was faxed and mailed on September 1, 2000 to all parties on the attached service list.

    Respectfully submitted,

    PODHURST, ORSECK, JOSEFSBERG,
    EATON, MEADOW, OLIN & PERWIN, P.A.
    25 West Flagler Street, Suite 800
    Miami, Florida 33130
    (305) 358-2800 / Fax (305) 358-2382
    info@podhurst.com

    By: _____
    Robert C. Josefsberg
    Fla. Bar No. 040856

## SERVICE LIST

LYNN ROSENTHAL, ESQ.
Assistant United States Attorney
500 East Broward Boulevard
Seventh Floor
Fort Lauderdale, Florida 33301

LIZA LLANOS
Pretrial Services Offices
U.S. Pretrial Services
299 East Broward Boulevard
Room 301
Fort Lauderdale, Florida 33301

THEODORE KLEIN, ESQ.
800 Brickell Avenue
Penthouse 2
Miami, Florida 33131

TED CRESPI, ESQ.
1776 North Pine Island Road
Suite 218
Plantation, Florida 33322

JOHN HOWES, ESQ.
633 S.E. Third Avenue
Suite 4-F
Fort Lauderdale, Florida 33301

DAVID J. JOFFE, ESQ.
2900 Bridgeport Avenue
Sujite 401
Coconut Grove, Florida 33133