JHK:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-FERGUSON(s)
18 U.S.C. §1503

UNITED STATES OF AMERICA, :

vs. :

KENNETH HEYDER :

## S U P E R C E D I N G   I N F O R M A T I O N

The United States Attorney charges that:

From on or about August 20, 1999, through on or about May 23, 2000, in Broward County, in the Southern District of Florida, the defendant,

### KENNETH HEYDER,

did knowingly and willfully endeavor to corruptly influence, obstruct and impede the due administration of justice before Federal Grand Jury 99-01 (FL) in the Southern District of Florida after a federal grand jury subpoena was served on the custodian of records of Security Title & Escrow, requesting all documents from January 1, 1996 to the present relating to American Redevelopment Corporation and others. The subpoena was served regarding an investigation of illegal mortgage "flips" by American Redevelopment, Eric Silverman and others. After receiving said grand jury subpoena, the defendant "whited out" the words "Silverman Flip" on the top of the attorney's opinion on one of the files in order to hide his knowledge and participation in the property flipping scheme. On September 1, 1999, the defendant then turned over the file, including the altered document, to an agent of the Federal Bureau of Investigation in order that the file be returned

to the federal grand jury. On May 23, 2000, an agent of the Federal Bureau of Investigation presented to Federal Grand Jury 99-01 the files provided by the defendant from Security Title & Escrow, which the defendant well knew contained an altered document deleting the words "Silverman Flip" from the attorney opinion from one of the files.

All in violation of Title 18, United States Code, Section 1503.

for GUY A. LEWIS
UNITED STATES ATTORNEY

JEFFREY N. KAPLAN
ASSISTANT U.S. ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. 00-6168-CR-FERGUSON (s) |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| KENNETH HEYDER | **Superseding Case Information**: |

Court Division: (Select One)

New Defendant(s)      Yes ___   No _X_
Number of New Defendants   ___
Total number of counts   ___

___ Miami   ___ Key West
_X_ FTL   ___ WPB   ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:      (Yes or No) NO
   List language and/or dialect _____

4. This case will take  _0_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)            (Check only one)

   I    0 to 5 days     _X_     Petty     ___
   II   6 to 10 days    ___     Minor     ___
   III  11 to 20 days   ___     Misdem.   ___
   IV   21 to 60 days   ___     Felony    _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) NO
   If yes:
   Judge: _____      Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) NO
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: __00-6168-Cr-FERGUSON__
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____      District of _____

   Is this a potential death penalty case? (Yes or No)      NO

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

JEFFREY N. KAPLAN
ASSISTANT UNITED STATES ATTORNEY
Court Bar No.

*Penalty Sheet(s) attached                                   REV.6/27/00

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: __KENNETH HEYDER__    No.: __00-6168-CR-FERGUSON(s)__

Count #I:    (18: 1503) Impeding grand jury investigation

*Max Penalty: Up to Ten years' imprisonment; $250,000 fine

Count #II:

*Max Penalty:

Count #:

*Max Penalty:

Count # :

*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

AO 455 (REV. 5/85) Waiver of Indictment

# United States District Court

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA

v.

KENNETH HEYDER

**WAIVER OF INDICTMENT**

CASE NUMBER: 00-6168-CR-FERGUSON(s)

I, Kenneth Heyder, the above named defendant, who is accused of knowingly and willfully endeavoring to obstruct and impede a federal grand jury investigation, in violation of Title 18, United States Code, Section 1503, being advised of the nature of the charge, and of my rights, hereby waive in open court prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
*Defendant: KENNETH HEYDER*

_____
*Counsel for Defendant:*

Before _____
*UNITED STATES MAGISTRATE JUDGE*