AO 455 (REV. 5/85) Waiver of Indictment

NOV 2 1 2000

# United States District Court

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA

v.

KENNETH HEYDER

## WAIVER OF INDICTMENT

CASE NUMBER: 00-6168-CR-FERGUSON(s)

I, Kenneth Heyder, the above named defendant, who is accused of knowingly and willfully endeavoring to obstruct and impede a federal grand jury investigation, in violation of Title 18, United States Code, Section 1503, being advised of the nature of the charge, and of my rights, hereby waive in open court prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant: KENNETH HEYDER

_____
Counsel for Defendant

Before _____
UNITED STATES MAGISTRATE JUDGE
DISTRICT