SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

'JAN 2|6 200'

CLARENCE MADDOX
CE IN S. DIST. CT.
SO. C_____ FT. LAUD.

CASE # _CO-6168-CR-WDF_

DEFENDANT _Kenneth Heyder_       JUDGE _WILKIE D. FERGUSON_

Deputy Clerk __TROY T. WALKER__   DATE _January 26, 2001_

Court Reporter_ Paul Haferling    USPO_ D. Welt_

AUSA _Jeff Kaplan_                Deft's Counsel _Bob Leeferberg_

COUNTS DISMISSED___ All Others _____
_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until___ / / ___ at_____AM / PM

JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| | ____ | ____ | _____ |
| | ____ | ____ | _____ |
| | ____ | ____ | _____ |

_Right to Appeal_

Supervised Release _____

| Probation | Years | Months | Counts |
|---|---|---|---|
| | 2 | ____ | 1 |

Comments_ 180 days H.C (see J&C for details)_
_____
_____

Assessment $_ 100.00 _____        Fine $_ 5,000.00 _

Restitution /Other _____
CUSTODY
_____ Remanded to the Custody of the U. S. Marshal Service _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on ___ / ___ / _____

Commitment Recommendation: _____
_____
_____