

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Middle Division
CASE NO: 00-6168-CR-FERGUSON

UNITED STATES OF AMERICA,
    Plaintiff,
V.

KENNETH HEYDER,
    Defendant

### DEFENDANT HEYDER'S MOTION TO TERMINATE PROBATION

COMES NOW the Defendant, Kenneth Heyder, Pro Se, to Move this Honorable Court to terminate Defendant's probation, and as grounds therefore would state, as follows:

1. The Defendant, Kenneth Heyder, plead guilty to Obstruction of Justice and was sentenced to Home Confinement for Six months and a probationary term of Two years, the later of which he is currently serving.

2. Heyder has no criminal record other than this case, or subsequent criminal arrests.

3. Heyder has completed over one half of his sentence imposed by this Honorable Court, and is seeking termination of his probation.

3. Heyder has complied with the terms of his probation, and has satisfactorily met all his obligations. I have broken no Federal, State, or local laws.

5. This Motion is made in good faith.

WHEREFORE, Defendant, Kenneth Heyder, prays, that this Honorable Court terminate his probation, and render any other remedy that it deems fair and equitable.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy hereof has been furnished by U.S.Mail to Jeffrey Kaplan, U.S. Attorney, 500 East Broward Boulevard, Suite 700, Ft. Lauderdale, Florida 33301 and Marisa R. Deneve, U.S. Probation, Horizon One, 6100 Hollywood Boulevard, Suite 501, Hollywood, Florida 33024.

Respectfully Submitted,

Kenneth Heyder
6510 S.W. 57th Street
Davie, Florida 33314
954-792-6510

ORDER GRANTING DEFENDANT'S MOTION TO TERMINATE PROBATION

This cause having come before the Court upon Defendant, Kenneth Heyder's Motion to Terminate Probation, the government having no objection thereto, and this Court otherwise duly advised in the premises, it is hereupon ORDERED AND ADJUDGED that the Motion be and the same is hereby ~~GRANTED~~ DENIED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida on this 22 10 day of May 2002.

_____
Honorable Wilkie D. Ferguson, Jr.
U.S. District Court Judge

cc: Jeffrey N. Kaplan, Esq.
    Marisa R. Deneve