PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 64389

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-CR-06168-004</u>

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: HEYDER, Kenneth

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, Jr.
U.S. District Judge, Fort Lauderdale, Florida

Date of Original Sentence: January 2, 2001

Original Offense: Obstructing a Federal Grand Jury Investigation, in violation of Title 18 U.S.C. § Section 1503, a class C felony.

Original Sentence: Two (2) years probation, with the following special conditions: (1) $100.00 Assessment; (2) $5,000.00 Fine; (3) Home Detention Electronic Monitoring Program for a period of 180 days; (3) the defendant shall provide complete access to financial information, including disclosure of all business and personal finances to the U.S. Probation Officer.

Type of Supervision: Probation           Date Supervision Commenced: January 2, 2001

---

## PETITIONING THE COURT

[x]  To extend the term of supervision for <u>10</u> days, for a total term of <u>2</u> years and <u>10</u> days.
[ ]  To modify the conditions of supervision as follows:

## CAUSE

On September 24, 2001, this officer submitted a Memorandum to Your Honor

PROB 12B  SD/FL PACTS No. 64389
(SD/FL 9/96)

requesting permission for the defendant to travel outside the Continental USA. Your Honor granted the defendant permission, with a special condition to add one (1) day of probation for each day he is outside the jurisdiction. The defendant has requested to travel to the Bahamas for a total of ten (10) days.

Attached please find a Waiver of Hearing to Modify Conditions signed by the defendant, agreeing to extend his probation for a period of ten (10) days.

Should Your Honor require any additional information, please contact this officer at the below listed telephone number.

Respectfully submitted,

by  *[signature]*

Marisa R. DeNeve
U.S. Probation Officer
Phone: (954) 769-5589
Date: April 30, 2002

THE COURT ORDERS:

[ ]  No Action
[X]  The Extension of Supervision as Noted Above
[ ]  The Modification of Conditions as Noted Above
[ ]  Submit a Request for _ Warrant or _ Summons

*[signature]*
Signature of Judicial Officer

May 22, 2002
Date