UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6168-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARK COHEN, et al.,

    Defendants.
_____


FILED by \_\_\_ D.C.
JUN - 2 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**CERTIFICATION FOR TRANSFER**

    THIS CAUSE is before the Court upon the instructions of Administrative Order 2003-33 issued by William J. Zloch, Chief United States District Judge. The undersigned has reviewed the file and hereby certifies that there are no pending referred motions in this cause.

    THEREFORE, the Clerk of the Court shall transfer this case to Ann E. Vitunac, Chief United States Magistrate Judge and ensure that counsel of record is noticed via the Court's Faxback program.

    DONE AND SUBMITTED at Fort Lauderdale, Florida, this 2nd day of June, ~~May,~~ 2003.

                                  /s/ Lurana S. Snow
                                  LURANA S. SNOW
                                  UNITED STATES MAGISTRATE JUDGE

Copies to:

Daniel T.K. Hurley, United States District Judge (WPB)
Ann E. Vitunac, Chief United States Magistrate Judge (WPB)
AUSA Lynn Rosenthal (FTL)